UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 APR 12  P 12: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| LATIN ENTERTAINMENT,<br><br>Plaintiff,<br><br>v.<br><br>WJMN-FM,<br><br>Defendant. | Civil Action No. 04-10216-RGS |

### ASSENTED-TO STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE PLEADING RESPONSIVE TO COMPLAINT

The parties in the above-captioned action have stipulated and assented to the following:

That the Defendant shall have up to and including May 12, 2004 in which to file an answer or other response to pleading.

_/s/ Mark Bluver_  
Mark H. Bluver, Esquire  
Shatz, Schwartz & Fentin, P.C.  
1441 Main Street  
Springfield, MA 01103  
(413) 737-1131

_/s/ Mark Resnick_  
Mark Resnick, Esquire  
Gadsby Hannah LLP  
225 Franklin Street  
Boston, MA 02110  
(617) 345-7000

Dated:  April 9, 2004

B0358110v1