UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LATIN ENTERTAINMENT,<br><br>    Plaintiff,<br>v.<br>WJMN-FM,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C. A. No. 04-CV-10216-NMG<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

  Please enter the appearance of Eric Neyman, Esq. of Gadsby Hannah LLP, as counsel for WJMN-FM, in the above-captioned matter.

                  Respectfully submitted,

                  /s/ Eric Neyman
                  Eric Neyman, BBO No. 564803
                  Gadsby Hannah LLP
                  225 Franklin Street
                  Boston, MA 02110

DATED:  December 2, 2004

**CERTIFICATE OF SERVICE**

  I, Eric Neyman, certify that I caused a copy of the foregoing document, to be served on December 2, 2004, by First Class Mail or electronically upon all counsel of record.

                  /s/ Eric Neyman

B0391591v1