UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LATIN ENTERTAINMENT**<br><br>　　　　**Plaintiff,**<br><br>v.<br><br>**WJMN-FM**<br><br>　　　　**Defendant,** | C.A. No. 04-10216-NMG |

**ASSENTED TO MOTION TO**
**CONTINUE SCHEDULING CONFERENCE**

Now comes counsel for the Plaintiff and requests that the scheduling conference scheduled for February 3, 2005 at 3:45 p.m. be continued for thirty (30) days.  Lead counsel for the Plaintiff, Attorney Alan Neigher, respectfully requests the continuance of this matter due to the passing of his mother.  Mr. Neigher's mother passed away on January 27, 2005.  Counsel for the Defendant assents to the filing of this motion.

　　　　　　　　　　　　　　　　Respectfully submitted,


Dated: January 27, 2005　　By:__/s/_Mark H. Bluver_____
　　　　　　　　　　　　　　Mark H. Bluver, Esquire
　　　　　　　　　　　　　　BBO # 560330

　　　　　　　　　　　　　　SHATZ, SCHWARTZ & FENTIN P.C.
　　　　　　　　　　　　　　1441 Main St., Suite 1100
　　　　　　　　　　　　　　Springfield, MA 01103
　　　　　　　　　　　　　　(413) 737-1131 Phone
　　　　　　　　　　　　　　(413) 736-0375 Fax


　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　__/s/Alan Neigher_____
　　　　　　　　　　　　　Alan Neigher - #42442
　　　　　　　　　　　　　Judith M. Trutt - #101739

>                               Byelas & Neigher
>                               1804 Post Road East
>                               Westport, CT  06880
>
>                       **Attorneys for the Plaintiff**

**Assented to by:**

 /s/Eric Neyman (w/permission)
Eric Neyman, Esquire
Gadsby Hannah LLP
225 Franklin Street
Boston, MA  02110


**CERTIFICATE OF SERVICE**

   I, Mark H. Bluver, Esquire of Shatz, Schwartz and Fentin, P.C., Attorney for the Plaintiffs in the above-entitled matter, hereby certify that on this 27th day of January, 2004, a copy of the foregoing was mailed, postage pre-paid to all counsel of record:

Eric Neyman, Esquire
Gadsby Hannah
225 Franklin Street
Boston, MA  02110`

>                                /s/Mark H. Bluver
>                               Mark H. Bluver, Esquire


03\0768\cont conf.8201