UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | )  |  |
|---|---|---|
| LATIN ENTERTAINMENT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 04-10216-RGS |
| v. | ) | |
| | ) | |
| WJMN-FM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Mark Resnick of Gadsby Hannah LLP hereby withdraws his appearance on behalf of the Defendant WJMN-FM.  The Court is further advised that Defendant continues to be represented by Eric Neyman of Gadsby Hannah LLP.

                Respectfully submitted,

                /s/ Mark S. Resnick
                Mark S. Resnick (BBO #559885)
                mresnick@ghlaw.com
                Gadsby Hannah LLP
                225 Franklin Street
                Boston, MA 02110
                (617) 345-7000

Dated:  February 25, 2005

**Certificate of Service**

    I, Mark S. Resnick, hereby certify that on this 25th day of February, 2005 I caused notice of this Notice of Withdrawal to be given to all parties of record via first class mail and/or electronic notification.

                                                                                 /s/ Mark S. Resnick
                                                                           Mark S. Resnick (BBO #559885)

B0382114v1