UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LATIN ENTERTAINMENT**<br><br>      **Plaintiff,**<br><br>v.<br><br>**WJMN-FM**<br><br>      **Defendant,** | C.A. No. 04-10216-NMG |

**JOINT STATEMENT REGARDING SCHEDULING CONFERENCE
WITH PROPOSED PRETRIAL SCHEDULE PURSUANT TO LOCAL RULE 16.1**

Pursuant to the Court's December 8, 2004 Notice of Scheduling Conference, the Parties conferred pursuant to Fed. R. Civ. P. 26(f) on March 4, 2005. At the 26(f) conference the Parties agreed to the following proposed pretrial schedule:

Automatic discovery will be exchanged by **April 5, 2005**.

All fact discovery, including interrogatories, requests for production of documents and requests for admission will be completed by **December 15, 2005**;

Disclosure of Plaintiff's experts and reports from such experts to be forwarded to Defendant's counsel by **March 15, 2006**;

Responsive reports will be provided to Plaintiff's counsel by **April 15, 2006** and all expert discovery including expert depositions will close by **May 31, 2006**;

Motions for Summary Judgment will be filed on or before **July 15, 2006**;

A final pretrial conference will take place on or about **August 15, 2006,** in which parties shall determine a date for trial;

Defendant does not consent to trial by magistrate at this time, but is willing to reconsider such option at a later date.

The Parties certify that that they have conferred as required by Local Rule 16.1 with a view of establishing a budget

for the costs of conducting the full course, and various alternative courses of litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4. The Parties respectfully request that each party be allowed to file a certification within seven days of this conference.

                                        Respectfully submitted,

Dated: March 11, 2005    By:_____/s/ Mark H. Bluver_____
                                    Mark H. Bluver, Esquire
                                    BBO # 560330

                                    Taruna Garg, Esquire
                                    BBO# 6654665

                                    SHATZ, SCHWARTZ & FENTIN P.C.
                                    1441 Main St., Suite 1100
                                    Springfield, MA 01103
                                    (413) 737-1131 Phone
                                    (413) 736-0375 Fax
                                    Attorneys for the Plaintiffs

                                          and

                              By: /s/ Eric Neyman(with permission)
                                    Eric Neyman, Esquire
                                    BBO #564803

                                    GADSBY HANNAH, LLP
                                    225 Franklin Street
                                    Boston, MA 02110
                                    (617)345-7000 Phone
                                    (617)345-7050 Fax

03\0768\joint statement

**CERTIFICATE OF SERVICE**

    I, Mark H. Bluver, Esquire of Shatz, Schwartz and Fentin, P.C., Attorney for the Plaintiffs in the above-entitled matter, hereby certify that on this 11th day of March, 2005, a copy of the foregoing was mailed, postage pre-paid to all counsel of record:

Eric Neyman, Esquire
Gadsby Hannah
225 Franklin Street
Boston, MA  02110

                                                /s/Mark H. Bluver
                                             Mark H. Bluver, Esquire

03\0768\joint statement