UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LATIN ENTERTAINMENT,<br><br>              Plaintiff,<br>v.<br><br>WJMN-FM,<br>              Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. No. 04-CV-10216-NMG |

**CERTIFICATION BY COUNSEL FOR AND AN AUTHORIZED REPRESENTATIVE
OF DEFENDANT WJMN-FM PURSUANT TO LOCAL RULE 16.1(D)(3)**

Eric Neyman, counsel for Defendant, WJMN-FM, and Robert Williams, a duly authorized representative of WJMN-FM, hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation; and (b) have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Eric Neyman, BBO #564803
eneyman@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA 02110
(617) 345-7000

_____
Robert Williams
Senior Vice President
Clear Channel Broadcasting, Inc.

DATED: March 25, 2005