AO 458 (Rev. 5/85) Appearance

# United States District Court

_____ DISTRICT OF Massachusetts _____

Latin Entertainment

v.

WJMN-FM

APPEARANCE

CASE NUMBER: 04-10216-~~RGS~~ NMG

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for   Plaintiff, Latin Entertainment.

3/22/05
Date

_Signature_ Taruna Garg

Taruna Garg
Print Name

1441 Main Street
Address

Springfield  MA  01103
City      State    Zip Code

(413) 737-1131
Phone Number