# Shatz, Schwartz and Fentin, P.C.

Counsellors at Law

March 23, 2005

The Honorable Judge Nathaniel M. Gorton
United States District Court
1 Courthouse Way
Boston, MA 02210

Re: Latin Entertainment v. WJMN-FM
C.A. No. 04-10216-NMG

Dear Judge Gorton:

After speaking with my associate this morning, I recognize an apology to the Court is definitely in order. I certainly should have notified the Court of my unavailability to attend yesterday's R.16 conference and meant no disrespect. As happens from time to time, because of the press of work and various family obligations, I simply did not recall that the Court wanted lead counsel to appear at the conference. I relied on the fact that the matter was professionally covered by Attorney Garg. Nevertheless, that does not excuse my oversight. For this I apologize.

Sincerely,

Mark H. Bluver

MHB:jl

cc: Eric Neyman, Esquire
    Taruna Garg, Esquire

03\0768\5gordon.4001