UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LATIN ENTERTAINMENT

    Plaintiff,

v.

WJMN-FM

    Defendant,

C.A. No. 04-10216-NMG

### CERTIFICATION OF PLAINTIFF PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned party and its counsel hereby affirm that they conferred:

(A) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of litigation; and

(B) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Dated: March 28, 2005

_____
Latin Entertainment
By Its: President

        Respectfully submitted,

        SHATZ, SCHWARTZ AND FENTIN, P.C.

Dated: March 29, 2005    By: /s/ Mark H. Bluver
        Mark H. Bluver, Esquire
        BBO # 560330

        SHATZ, SCHWARTZ & FENTIN P.C.
        1441 Main St., Suite 1100
        Springfield, MA 01103
        (413) 737-1131 Phone
        (413) 736-0375 Fax

03\0768\certification.4501

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LATIN ENTERTAINMENT<br><br>        Plaintiff,<br><br>v.<br><br>WJMN-FM<br><br>        Defendant, | C.A. No. 04-10216-NMG |

CERTIFICATE OF SERVICE

I, Taruna Garg, Esquire of Shatz, Schwartz and Fentin, P.C., Attorney for the Plaintiff in the above-entitled matter, hereby certify that on this 29th day of March, 2005, a copy of the foregoing was served to all counsel of record as indicated below:

Eric Neyman, Esquire
Gadsby Hannah
225 Franklin Street
Boston, MA  02110
(via electronic mail)

                        /s/Taruna Garg
                        Taruna Garg, Esquire

03\0768\COS.4501