UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


Latin Entertainment,
          Plaintiff(s)

                                    CIVIL ACTION
          V.                        NO. 04-10216-NMG
WJMN-FM,
          Defendant(s)

SCHEDULING ORDER

GORTON, D.J.

     This order is intended primarily to aid and assist counsel in
scheduling and planning the preparation and presentation of cases,
thereby insuring the effective, speedy and fair disposition of cases
either by settlement or trial.

     The above-entitled action having been filed on 1/30/04, it is
hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil
Procedure and Local Rule 16.1(F), that:

     (1)  automatic discovery 4/29/05 amendments and/or
          supplements to the pleadings may be filed by
          6/30/05 subject to the provisions of the Federal
          Rules of Civil Procedure;

     (2)  written discovery requests are to be filed by
          9/30/05 and answers are to be filed by 10/31/05


     (3)  all expert depositions are to be completed by 5/31/06
          all non expert depositions_____

     (4)  all trial experts by plaintiff are to be
          designated and disclosure of information
          contemplated by FRCP, Rule 26(a)(2) by 3/15/06
          trial experts and designated and disclosure of
          information by defendant by 4/15/06


     (5)  all dispositive motions, including motions for
          summary judgment, are to be filed by 6/15/06 and
          responses 6/30/06.

(6)  motions for summary judgment are to be filed
     _ [after completion of the necessary discovery]
     and responses_____

(7)  discovery is to be completed by 5/31/06 , unless
     shortened or enlarged by Order of this Court.

(8)  Case to go to be referred to mediation 9/15/05 .

(9)  a final pretrial conference will be held on
     9/14/06 at 3:00 p.m. to be notified by court,
     and must be attended by trial counsel. Counsel
     shall be prepared to commence trial as of 10/2/06
     at 9:00 a.m.


     All provisions and deadlines contained in this order having
been established with the participation of the parties to this case,
any requests for modification must be presented to the judge or
magistrate judge, if referred for case management proceedings. Any
requests for extension will be granted only for good cause shown
supported by affidavits, other evidentiary materials, or reference to
pertenent portions of the record. The request shall be made by motion
and shall contain the reasons for the request, a summary of the
discovery which remains to be taken, and a date certain when the
requesting party will complete the additional discovery, join other
parties, amend the pleadings or file motions. The Court may then enter
a final scheduling order, if necessary.

     Counsel are encouraged to seek an early resolution of this matter.
Additional case management conferences may be scheduled by the court or
upon the request of counsel, if the Court can be of assistance in
resolving preliminary issues or in settlement.


                         By the Court,


                         /s/ Craig J. Nicewicz
                         _____
                         Deputy Clerk