**GADSBY HANNAH** LLP

Eric Neyman
eneyman@ghlaw.com

Tel: 617.345.7057
Fax: 617.204.8057

June 29, 2005

VIA FIRST CLASS MAIL

Craig Nicewicz, Clerk
To the Honorable Nathaniel M. Gorton
United States District Court for the District of Massachusetts
John Joseph Moakley United States Courthouse
One Courthouse Way
Boston, MA 02110

225 Franklin Street
Boston MA 02110

Tel  617 345 7000
Fax  617 345 7050

www.ghlaw.com

    Re:   Latin Entertainment v. WJMN-FM <u>Case No. 04-10216-NMG</u>

Dear Mr. Nicewicz:

This is to confirm that the parties have settled the above-referenced action, and will be filing a stipulation of dismissal with prejudice next week.

Thank you for your courtesy and attention to this matter.

Very truly yours,

*/s/ Neyman*

Eric Neyman

cc:   Mark H. Bluver, Esq.
       Taruna Garg, Esq.

B0420199v1