UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LATIN ENTERTAINMENT,<br><br>        Plaintiff,<br><br>v.<br><br>WJMN-FM,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C. A. No. 04-CV-10216-NMG<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

Plaintiff Latin Entertainment and defendant WJMN-FM hereby stipulate to the dismissal with prejudice, without costs and waiving all rights of appeal, of all claims and counterclaims that were or could have been asserted by any of them in this action.

| | |
|---|---|
| **LATIN ENTERTAINMENT**<br>By Its Attorneys<br><br>_____<br>Mark H. Bluver (BBO No. 560330)<br>Taruna Garg (BBO No. 665466)<br>Shatz Schwartz & Fentin, PC<br>1441 Main Street<br>Springfield, MA 01103<br>(413) 737-1131<br><br>*Counsel for Plaintiff Latin Entertainment* | **WJMN-FM**<br>By Its Attorneys<br><br>_____<br>Eric Neyman (BBO No. 564803)<br>GADSBY HANNAH LLP<br>225 Franklin Street<br>Boston, MA 02110-2811<br>eneyman@ghlaw.com<br>(617) 345-7000<br><br>*Counsel for Defendant WJMN-FM* |

Dated: July 19, 2005

B0420282v1